No. 94–1122. ST. FRANCIS MEDICAL CENTER *v.* SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL. C. A. 3d Cir. Certiorari denied.

No. 94–1127. VOGE *v.* DALTON, SECRETARY OF THE NAVY. C. A. 4th Cir. Certiorari denied.

No. 94–1128. FLORIDA CELLULAR MOBIL COMMUNICATIONS CORP. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied.

No. 94–1146. WALSH *v.* SOUTHWEST FLAGLER ASSOCIATES, LTD. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 94–1151. FOOTMAN ET AL. *v.* UNITED STATES ET AL. C. A. 11th Cir. Certiorari denied.

No. 94–1161. YSLETA DEL SUR PUEBLO *v.* TEXAS ET AL.; and No. 94–1310. TEXAS ET AL. *v.* YSLETA DEL SUR PUEBLO. C. A. 5th Cir. Certiorari denied.

No. 94–1203. RINIER ET AL. *v.* NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.

No. 94–1227. VERRICHIA ET AL. *v.* PENNSYLVANIA DEPARTMENT OF REVENUE ET AL. Commw. Ct. Pa. Certiorari denied.

No. 94–1229. CAULFIELD *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 8th Cir. Certiorari denied.

No. 94–1233. BLAZE CONSTRUCTION CO., INC. *v.* NEW MEXICO TAXATION AND REVENUE DEPARTMENT. Sup. Ct. N. M. Certiorari denied.

No. 94–1234. UNITED CAPITOL INSURANCE CO. *v.* NICHOLS & ASSOCIATES TRYON PROPERTIES, INC., ET AL. C. A. 4th Cir. Certiorari denied.

No. 94–1235. MIDLAND CENTRAL APPRAISAL DISTRICT *v.* MIDLAND INDUSTRIAL SERVICE CORP. ET AL. C. A. 5th Cir. Certiorari denied.